# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:04CR424** |
| v. | ) | |
| **ELBERT ROBINSON,** | ) | **SCHEDULING ORDER** |
| **Defendant.** | ) | |

Now pending before the court are the Motion to Dismiss [24] and Motion to Suppress [22] filed by the defendant. The court was previously advised that a related matter was pending against the defendant in Ohio.

**IT IS ORDERED**:

1. On or before **July 14, 2005**, counsel shall electronically file a status report regarding (a) the progress of the Ohio proceeding and (b) when pending motions [22] and [24] should be set for hearing.

2. The Clerk shall file the parties' status report under seal if requested to do so.

**DATED this 23rd day of June, 2005.**

                                      **BY THE COURT:**

                                      **s/ F.A. Gossett**
                                      **United States Magistrate Judge**