# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR424** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ELBERT ROBINSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion for leave of court to dismiss Indictment without prejudice (Filing No. 27). Pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of a dismissal of the Indictment against the Defendant, Elbert Robinson, without prejudice.

IT IS ORDERED that the government's motion for leave of court to dismiss Indictment without prejudice (Filing No. 27) is granted.

DATED this 29th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge